Dismissed and Opinion filed November 21, 2002









Dismissed and Opinion filed November 21, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00606-CV

____________

 

ANANT N. MAUKSKAR, M.D., Appellant

 

V.

 

EMCARE PHYSICIAN SERVICES, INC. and JAMES
DONOVITZ, M.D., Appellees

 



 

On Appeal from the 165th District Court

Harris County, Texas

Trial Court Cause No. 00-52589

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a final summary judgment signed March
12, 2002.  On July 25, 2002, this Court
ordered the parties to mediation.  On
September 23, 2002, the parties notified this Court that the case had settled
in mediation.  On November 12, 2002, appellant
filed a motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM








Judgment rendered and Opinion
filed November 21, 2002.

Panel consists of Justices Yates,
Anderson, and Frost.

Do Not Publish C Tex. R. App. P. 47.3(b).